**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

WILLIE LEE GILMORE                                                                                          PLAINTIFF

v.                                          2:15-CV-00056-JM

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,                                                                       DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations from Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 29th day of February, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE