## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIE LEE GILMORE                                                PLAINTIFF

v.                          2:15-CV-00056-JM

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration,                                   DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 29th day of February, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE